UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

ATTACHMENT P 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

JACQUELINE M. BREWINGTON
PLAINTIFF(S)


V.                          CIVIL ACTION NO. <u>SUCV2003-00914-E</u>

05 - 10935 REK

DONALD E. GREEN
and ANNETTE HILL GREEN,ET AL.
DEFENDANT(S)

*Referred to MJ Leo T. Sorokin*

<u>COMPLAINT</u>

Parties

1. The plaintiff, Jacqueline M. Brewington is the owner of
   25 BODWELL STREET, DORCHESTER, BOSTON, MASSACHUSETTS, 02125.
   and a citizen of the United States. I, Jacqueline M.
   Brewington was force out of my home in April-25-1998, and
   now collect my mail at 149 Chestnut St. Apt#3. Chelsea, Mass.
   02150.

2. The defendant, Donald E. Green is a lawyer at 2235 Washington
   St. Roxbury, Boston, Mass. 02119. and a citizen of the United
   States.

3. The defendant, Annette Hill Green is a lawyer at 2235
   Washington St. Roxbury, Boston, Mass. 02119. and a citizen
   of the United States.

   The rest of the defendants are on the next pages.


                            Jurisdiction

5. This court has jurisdiction over this matter pursuant to
   28 U.S.C. §1332.

### DEFENDANT(S)

3.  The defendant, James D. Hill is a resident of Brockton,
    Mass. and a citizen of the United States.

4.  The defendant, Angela Hill Smith is a resident of Boston,
    Mass. and a citizen of the United States.

5.  The defendant, Linda Hill is a resident of Boston, Mass.
    and a citizen of the United States.

6.  The defendant, James E. Hill is a resident of Boston, Mass.
    and a citizen of the United States.

7.  The defendant, Jean D. Hill is a resident of Boston, Mass.
    and a citizen of the United States.

8.  The defendant, Valerie Hill is a resident of Boston, Mass.
    and a citizen of the United States.

9.  The defendant, Willie Hill is a resident of Boston, Mass.
    and a citizen of the United States.

10. The defendant, Bobby Hill is a resident of Bristol, PA.
    and a citizen of the United States.

11. The defendant, Herbert Hill is a resident of Trenton, NJ.
    and a citizen of the United States.

12. The defendant, James (Tex) Williams is a resident of 663
    North Mahogany St. Jesup, GA. 31546. and a citizen of the
    United States.

13. The defendant, Regina Fisher Williams is a resident of 663
    North Mahogany St. Jesup, GA. 31546. and a citizen of the
    United States.

14. The defendant, Kris Grotelueschen is a resident at 25
    Bodwell St. Boston, Mass. 02125. and a citizen of the
    United States.

15. The defendant, Aubrey O. Francois is a resident at 25
    Bodwell St. Boston, Mass. 02125. and a citizen of the
    United States.

16. The defendant, Oscar Brewington is a resident of Boston,
    Mass. and a citizen of the United States.

17. The defendant, Dwight Brewington is a resident of Boston,
    Mass. and a citizen of the United States.

18. The defendant, Thelma Bing also use Brewington is a
    resident of Savannah, GA. and a citizen of the United
    States.

19. The defendant, Catherine Brewington is a resident of
    Savannah, GA. and a citizen of the United States.

                                                        over

(Pg 3)

## DEFENDANTS

20. The defendant, Joshua Brewington the son of Catherine Brewington is a resident of Savannah, GA. and a citizen of the United States.

21. The defendant, Crystal Brewington is a resident of Savannah, GA. and a citizen of the United States.

22. The defendant, Lisa Brewington is a resident of Savannah, GA. and a citizen of the United States.

23. The defendant, Stacy Singleton also use Brewington is a resident of Taunton, Mass. and a citizen of the United States

24. The defendant, Barbara A. Jordan is a resident of Boston, MA. and a citizen of the United States.

25. The defendant, Lehmann L. Lovett is a resident of Boston, MA. and a citizen of the United States.

26. The defendant, Leenora Jordan is a resident of Boston, Mass. and a citizen of the United States.

27. The defendant, Bernice Link is a resident of Boston, Mass. and a citizen of the United States.

28. The defendant, Larry Mclean is a resident of Boston, Mass. and a citizen of the United States.

29. The defendant, Tessie Hill Reading is a resident of Yardley, PA. and a citizen of the United States.

30. The defendant, Al Reading is a resident of Yardley, PA. and a citizen of the United States.

31. The defendant, Ronald Reading is a resident of Yardley, PA. and a citizen of the United States.

32. The defendant, Gregory Reading is a resident of Yardley, PA. and a citizen of the United States.

33. The defendant, Maurice Reading is a resident of Yardley, PA. and a citizen of the United States.

34. The defendant, Christopher Reading is a resident of Yardley, PA. and a citizen of the United States.

35. The defendant, Lisa B. Medeiros is a attorney at law is a resident of Boston, Mass. and a citizen of the United States.

36. The defendant, Kirk P. Rothemich is a attorney at 98 North Washington St. Suite 104 Boston, Mass. 02114. and a citizen of the United States.

## DEFENDANT(S)

37. The defendant, Priscilla Hoffnurs is a Roxbury Court Clinic at 85 Warren St. Roxbury, Mass. 02119. and a citizen of the United States.      .

38. The defendant, Maureen B. Joyce is a Attorney at Law P.O. Box 728 Needham, Mass. 02492. and a citizen of the United States.

39. The defendant, John H. Miller, JR. is a Attorney at Law at 1874 Centre St. West Roxbury, Mass. 02132. and a citizen of the United States.

40. The defendant, Lucille Andrew Marius, Esq. at 658 Washington St. Dorchester, Mass. 02124. and a citizen of the United States.

41. The defendant, Paul Martin is a Detective at 135 Dudley St. Roxbury, Mass. 02119. and a citizen of the United States.

42. The defendant, Charles W. Mosel is a Detective at 135 Dudley St. Roxbury, Mass. 02119. and a citizen of the United States.

43. The defendant, Iris Perez is a worker at Chelsea Housing Authority. and a  citizen of the United States.

44. The defendant, Wendolyne Rivera is a Boston Housing Authority Official: worker. and a citizen of the United States.

45. The defendant, Perene Rice is a worker at Family Housing Office at 90 Washington St. Dorchester, Mass. 02121. and a citizen of the United States.

46. The defendant, NRC Housing Limited is a fake at 392 A Warrent St. Roxbury, Mass. 02119. and a citizen of the United States.

47. The defendant, WINN Mgmt is a fake at 33 Wyoming St. #- Dorchester, Mass. 02121. and a citizen of the United States.

48. The defendant, Betty  Barrow is a Case Manager/Placement Specialist at Massachusetts Department of Transitional Assistance Boston Family Housing Office. 90 Washington St. Dorchester, Mass. 02121. and a citizen of the United States.

49. The defendant, Arnold I. Abelow is a Attorney at Law at Sweeney  and Abelow at 459 Broadway, Everett, MA. 02149. and a citizen of the United States.

50. The defendant, Brian Kean is the owner of Washington Park Apartments, Winn, Mgmt, NRC Housing Limited. and a citizen of the United States.

51. The defendant, MARIUS & GRANDOIT,P.C. ATTORNEYS AT LAW at 658 WASHINGTON STREET. DORCHESTER,MA 02124.

## DEFENDANT(S)

51. The defendant, Marius & Grandoit, P.C. Attorney at Law is Washington Park Apartment and Winn Management plus NRC Housing  Limited is all part of Brian Kean & Lucille Andrew  Marius, Esq. and a citizen of the United States.

52. The defendant, Robin I. Houston is a Private Counsel Attorney at 90 Warren St. Suite 100  Roxbury, MA. 02119. and a citizen of the United States.

53. The defendant, Thomas Bell is a DSS Petitioner. and a citizen of the United States.

54. The defendant, Judges, Detectives, and Lawyers as well as Policemans and DSS workers would not give me their names but I will try and get their names.

55. The defendant, Tom Hamm-DSS at 30 Dimock St. Roxbury, MA. 02119. and a citizen of the United States.

56. The defendant, BOARD OF BAR OVERSEERS AT 75 Federal Street Boston, Ma. 02110. and a citizen of the United States.

57. The defendant, OFFICE OF THE ATTORNEY GEN. at One Ashburtin Place, 20th Fl. Boston. and a citizen of the United States.

58. The defendant, EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE State House, Room 373, Boston 02133. and a citizen of the United States.

59. The defendant, BOARD OF BAR EXAMINERS, Rm.501,77 Franklin St. Boston, MA. No zip code but a phone# 617-482-4467. and a citizen of the United States.

60. The defendant, Jane Climenko Gottshalk is a Attorney at  Law at 52 Western Avenue, Cambridge, MA. 02139. and a citizen of the United States.

61. The defendant, Mayor Hot line of Boston is the mayor. and a citizen of the United States.

62. The defendant,, Shelter Commission is the commission of Boston. and a citizen of the United States.

63. The defendant, Daine Wilkerson is a Senator of Boston. and a citizen of the United States.

64.. The defendant, Elizabeth Maliabu is a State Representative and a citizen of the United States.

65. The defendant, The Commonwealth of Massachusetts action of Care & Protection then and there to be heard and tried between Commonwealth of Massachusetts-Dept. of Social Services, Defendants, and Brewington Plaintiff, Docket #CP99B0189,, and you are required to bring with you. Inquiries to Atty Susan Walewicz @ 748-2144......

## DEFENDANT(S)

66. The defendant, WALTER V. LEEFMAN, CSW is a COURT INVESTIGATOR. and a citizen of the United States.

67. The defendant, JAMES V. SINAGRA is a INVESTIGATOR VICTIM ADVOCATE at One Ashburton Place, Boston, MA. 02108. and a citizen of the United States.

68. The defendant, JOSEPH LEPORE is a HOUSING SPECIALIST. and a citizen of the United States.

69. The defendant, RANDY M. HAYNES is ROXBURY DIVISION OF THE DISTRICT COURT DEPARTMENT at 85 WARREN St. Roxbury, MA. 02119. and a citizen of the United States.

70. The defendant, SARAH B. SINGER is a judge at Dorchester, Court House. and a citizen of the United States.

71. The defendant, E. GEORGE DAHER is a judge at HOUSING COURT DEPARTMENT CITY OF BOSTON DIVISION. and a citizen of the United States.

72. The defendant, ROBERT L. LEWIS is a CLERK MAGISTRATE at HOUSING COURT DEPARTMENT CITY OF BOSTON DIVISION. and a citizen of the United States.

73. The defendant, JOSEPH F. BARDOUILLE is a Attorney at Law at 22 Broad St. Lynn, MA. 01902. and a citizen of the United States.

74. The defendant, J. REDD is a judge at ROXBURY DIVISION OF THE DISTRICT COURT DEPARTMENT at 85 Warren St. Roxbury MA. 02119. and a citizen of the United States.

75. The defendant, STEVEN D. PIERCE is a judge at HOUSING COURT DEPARTMENT CITY OF BOSTON DIVISION, and ROBERT L. LEWIS is a CLERK MAGISTRATE on this too. and a citizen of the United States.

76. The defendant, PORADA, J. is a judge at COMMONWEALTH OF MASSACHUSETTS at APPEALS COURT CLERK'S OFFICE at 1500 New Court House, Boston, MA. 02108. and a citizen of the United States.

77. The defendant, KANTROWITZ @ is a judge that the defendant MAUREEN B. JOYCE was working with over the years to help take my children away from me. The defendant, Maureen B. Joyce was working with a lot of judges every since the courts came into me and my kids life. The defendants, all was in on trying to get me to leave the city , because the defendants, did not want anyone to know they were all caught stealing from me. The defendants, took my kids life away from them and their education from them as well as made their life pure living hell. The defendants, was also putting my children in and out of DSS care and was not even taking care of them. The defendants, together have kept my sons lock up for me to keep quiet and they were threatening me that they were going to take my kids away from me if I did not shut-up and this is why both of my

DEFENDANT(S)

77.   (continue) sons have been lock-up plus the defendants, all
      was using the legal system to lock-up my sons and sneaks
      the defendants, Donald E. Green and Annette Hill Green,
      brother James E. Hill out of jail for murder and now my
      sons are lock-up by the law and the defendant, James E.
      Hill is out of jail and he did not serve his full time
      in jail for murder. If you look at the time I was fighting
      the defendants, you will see how all the defendants came
      at me all together.

78.   The defendant, TIMOTHY WALSH is a Assistant Clerk at the
      Commonwealth of Massachusetts, County of Suffolk The
      Superior Court. and a citizen of the United States.

79.   The defendant, JAMES P. KELLY is a Assistant Clerk at the
      Commonwealth of Massachusetts, County of Suffolk, The
      Superior Court. and a citizen of the United States.

80.   The defendant, DAWN M. KENNEY is a Probation Officer at
      Trial Court of Massachusetts, Juvenile Court Department
      of the Trial Court, Essex County Division at 139 Central
      Avenue, Lynn, MA. 01901. and a citizen of the United
      States.

81.   The defendant, SALLY F. PADDEN is a First Justice at the
      Trail Court of Massachusetts, Juvenile Court Department
      of the Trial Court, Essex County Division. and a citizen
      of the United States.

82.   The defendant, MICHAEL F. EDGERTON is a Associate Justices
      at The Trial Court of Massachusetts, Juvenile Court
      Department of the Trial Court, Essex County Division. and
      a citizen of the United States.

83.   The defendant, JOSE SANCHEZ is a Associate Justices at
      The Trial Court of Massachusetts, Juvenile Court Depart-
      ment of the Trial Court , Essex County Division. and a
      citizen of the United States.

84.   The defendant, Eileen Streeter is a Department of Social
      Sevices worker at 30 Dimock St. Roxbury, MA. 02119. and
      a citizen of the United States.

85.   The defendant, The Department of Social Sevices all the
      worker at 30 Dimock St. Roxbury, MA. 02119. was in on
      taking my kids from day one. and a citizen of the United
      States.

86.   The defendants, COMMONWEALTH OF MASSACHUSETTS TRIAL COURT
      OF MASSACHUSETTS HOUSING COURT DEPARTMENT CITY OF BOSTON
      DIVISION DOCKET NO. 99-CV_00980. URBAN EDGE PROPERTY
      MANAGEMENT, managing agents for CLEAVES COURT APARTMENTS.
      and a citizen of the United States.

87.   The defendant, ROBERT HERMAN is a Probation Officer at the
      Trial Court of Massachusetts, Juvenile Court Department.
      Essex County Division. and a citizen of the United States.

(Pg 8)

## DEFENDANT(S)

88. The defendant, BEVERLY BAGGON is a (A.C.P.O.) at the Trial Court Of Massachusetts, Juvenile Court Department, Essex County Division. and a citizen of the United States.

89. The defendant, MARIBEL ORTIZ is a probation officer at the Trial Court Of Massachusetts, Juvenile Court Department at West Roxbury Division. and a citizen of the United States.

90. The defendant, Officer LETT is a policeman at the area E-13 police department on Washington St. Roxbury, MA. 02119. and a citizen of the United States.

91. The defendants, Boston Housing Authority at 52 Chauncy St. Boston, MA. 02111. and a agency  of the United States.

92. The defendants, Travelers Aid Family Emergency Shelter. and a  agency of the United States.

93. The defendants, Massachusetts Department of Transitional Assistance, Boston Family Housing Office at 90 Washington St. Dorchester, MA. 02121. and a agency of the United States.

94. The defendant, ANITA HILL is ANNETTE HILL GREEN cousin on Annette Hill Green father side of the family. and a citizen of the United States.

95. The defendant, PAUL D. LEWIS is a First Justice at the Commonwealth Of Massachusetts, Juvenile Court Department Boston Division 24 New Chardon St. Boston, MA. 02114. and a citizen of the United States.

96. The defendantJOHN P. BULGER is a Clerk Magistrate at the Commonwealth Of Massachusetts Juvenile Court Department Boston Division 24 New Chardon St. Boston, MA. 02114. and a citizen of the United States.

97. The defendant, MARIA L. BONANO is a Social worker at 30 Dimock St. Area Office, Roxbury, MA. 02119. and a citizen of the United States.

98. The defendant, CHRISTINE L. PERKINS is a Attorney At Law at the Trial Court of Massachusetts, Juvenile Court Department, West Roxbury Division. and a citizen of the United States.

99. The defendant, ANTHONY POWELL is a probation officer at Boston Juvenile Court, Trial Court at 705 Court House Boston, MA. 02108. and a citizen of the United States.

100. The defendant, NORMAN S. LOOKNER is a Attorney At Law at the Commonwealth Of Massachusetts Juvenile Court Department Boston Division 24 New Chardon St. Boston, MA. 02114. and a citizen of the United States.

## DEFENDANT(S)

101. The defendant, Robert Cornetta is a judge at Roxbury
     Division of the District Court Department at 85 Warrent
     St. Roxbury, MA. 02119. and a citizen of the United States.

102. The defendant, Maureen E. Kelly is a Social worker at 30
     Dimock St. Roxbury, MA. 02119. and a citizen of the United
     States.

103. The defendant, Carole Shatton is a Social worker at 30
     Dimock St. Roxbury, MA. 02119. and a citizen of the United
     States.

104. The defendant, Lisa Nahadedian is a Social worker at 30
     Dimock St. Roxbury, MA. 02119. and a citizen of the United
     States.

105. The defendant, Adreian Anderson is a director at 90 Wash-
     ington St. Dorchester, MA. 02121. and a citizen of the
     United States.

106. The defendant, Officer Wilkins is a policeman at E-13
     Police Department in Roxbury, MA. 02119. and a citizen
     of the United States.

107. The defendant, Lillian Cane is a attorney at the Trial
     Court of Massachusetts, Juvenile Court Department, Essex
     County Division. and a citizen of the United States.

108. Defendants, from all of the Agency was running in and out
     my, Jacqueline M. Brewington life as well as all my kids
     life and this is a fact.


    The plaintiff, Jacqueline M. Brewington will write down
    some of the defendants charges on the next page.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON                    ATTACHMENT 2
        PLAINTIFF


        V                            CIVIL ACTION NO.03-00914-E


DONALD E. GREEN and
ANNETTE HILL GREEN, ET AL.
        DEFENDANTS


JURISDICTION


109. This court has jurisdiction over this matter pursuant to
     28 U.S.C. §1332.


110. I, Jacqueline M. Brewington really don't recall when the
     defendants broke into my home because the defendant
     Annette Hill Green, Et AL. is my first cousin on my mother
     and father side of my family. The defendants James D. Hill
     is my mother so call good for nothing brother as well as
     my fake-ass uncle. The defendants Donald E. Green married
     Annette Hill Green, ET AL. Once I put my mother Lessie C.
     Hill, Brewington —WILL- in Annette hand in my home at 25
     Bodwell St. Dorchester, Mass. 02125.


111. Once I, Jacqueline Brewington gave the defendants Annette
     Hill Green the WILL, the defendants ran off and married
     defendants Donald E. Green so that they all can go into
     Conspiracy against me. The defendants Donald E. Green and
     Annette Hill Green, ET AL with the rest of the family went
     into the WILL, and all the family was running in and out of
     Massachusetts from Sept-15-1996. The defendant Annette Hill
     Green ask me do I have nightmares when I come to my home.
     I told the defendants Annette Hill Green is the only times
     I have nightmares is when I see her and her sorry-ass father
     James D. Hill in my home because the defendants was breaking
     into my home for a long time.


112. The defendants Donald E. Green, and Annette Hill Green, ET
     AL. stole my estate, car and my home they the defendants
     made bad deeds and titles to my home and the defendants was
     preying on my head injury thinking that they were going to
     pull stealing everything from me. The defendants use all
     kind of capital crime against me. The defendants Annette
     Hill Green and Donald E. Green, Et AL was trying to hide
     behind the defendant James D. Hill which happen to be the
     defendants Donald E. Green father-in-law and Annette Hill
     Green, ET AL father.

113. The defendants was using the policemens to obstructing of
    justice against me. The defendants was destroying my home
    and property as well as running fraud. The police was all
    brutallity attacking me so I would not tell anyone that they
    broke in my and with judges and other duty peoples that had
    nothing to do with them. The policeman was hanging around
    my apaprtment in Roxbury all the time once I started to
    fight the defendants for breaking into my home. detectives
    Paul Martin was in the case every since my head injury and
    he was always putting false charges on me trying to cover-up
    the fact that they knew of me but don't want anyone to know
    that they all robb me for everything. Detective Paul Martin
    and detective Chales W. Mosel with other detective was all
    sneaking over to my apartment telling me I better not say
    anything to anyone about my home that Donald E. Green and
    Annette Hill Green, ET AL, have stolen from me.

114. The judges was all involved in stealing all my belongings
    and the judges was threatening me and jailing me for no
    reason other then my home and belongings. The policemans
    was kidnapping my kids trying to keep me quiet about my
    property and home. I was falsely arrested by the policemans.

115. The reason why I, Jacqueline M. Brewington took so long to
    put this case together is because the defendants are all
    very powerfull and I was fighting all of these peoples all
    by myself. The landlords was stealing my apartment from
    under me like the defendants was stealing my home and all
    of my belongings from under me.

116. Whether such person or the opposing party, or either party's
    representative, made motions or asserted claims or defenses
    so lacking in merit as to show that such party or represent-
    ative acted intentionally for delay, or otherwise acted in
    bad faith;

117. Whether, in the course of the action involved, such person
    or the opposing party's representative, violated any
    applicable rule, statue or court order providing for
    sanctions for dilatory behavior or otherwise providing for
    expeditious proceeding; and

118. Whether such person or the opposing party, or either party's
    representative, engaged in conduct primarily for the purpose
    of delaying the litigation or increasing the cost therof.

119. WHEREFORE, I, Jacqueline M. Brewington demands judgment
    against the defendants for damages and such other relief as
    this Court deems just.

120. I, Jacqueline M. Brewington demands that the defendants
    Donald E. Green and Annette Hill Green, ET AL, be put out
    of business for good and I would like for all of the
    defendants to do state and federal time for everything that
    the defendants did to me.

121. I, Jacqueline M. Brewington demands that the Court step in
    and help me out in this matter.

122. I, Jacqueline M. Brewington demands that the Court serves all of the defendants because the defendants think this is a game with me because all of the defendants know that I have been hit in my head so they take everything as a joke.

123. I, Jacqueline M. Brewington demands a trial by jury.

124. I, Jacqueline M. Brewington demands that the defendants Donald E. Green and Annette Hill Green, ET AL pays me Jacqueline M. Brewington in the sum of $999.999.999 dollars twice on the behalf of my mother and my father.

DATE _April 29-2005_

Signature _Jacqueline M. Brewington_

Name  Jacqueline M. Brewington

Address  P.O. BOX 2932

LYNN, MASS. 01903

Telephone  1-781-596-3871

Respectfully, Submitted

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JACQUELINE M. BREWINGTON
     PLAINTIFF


          V                                    CIVIL ACTION NO.
                                               SUCV2003 - 0914-E


DONALD E. GREEN and ANNETTE HILL GREEN, ET AL
     DEFENDANTS


                    THE REASON WHY MY CASES IS BEING FILED
                    IN THIS FEDERAL COURT IS BECAUSE OF THE
                    DEFENDANTS ALL ROBB ME IN MY JURISDICTION.


1. I, Jacqueline M. Brewington know for a fact that the defendant
   Donald E. Green and Annette Hill Green, ET AL have broke in my
   home with judges and lawyers as well detectives and the Boston
   polices it was like the defendants was trying to kill me for
   all of my belongings and the defendants have been fighting me
   since the death of my mother which my mother passed away in
   April-25-1998.


                    Respectfully, Submitted




$A \cdot 1$

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

ATTACHMENT 19 № 20

JACQUELINE M. BREWINGTON
PLAINTIFF(S)

V.

CIVIL ACTION NO. SUCV2003-00914-E

DONALD E. GREEN
and ANNETTE HILL GREEN,ET AL.
DEFENDANT(S)

05 - 10935

Referred to MJ Leo T Sorokin

COMPLAINT

Parties

1. The plaintiff, Jacqueline M. Brewington is the owner of
   25 BODWELL STREET, DORCHESTER, BOSTON, MASSACHUSETTS, 02125.
   and a citizen of the United States. I, Jacqueline M.
   Brewington was force out of my home in April-25-1998, and
   now collect my mail at 149 Chestnut St. Apt#3. Chelsea, Mass.
   02150.

2. The defendant, Donald E. Green is a lawyer at 2235 Washington
   St. Roxbury, Boston, Mass. 02119. and a citizen of the United
   States.

3. The defendant, Annette Hill Green is a lawyer at 2235
   Washington St. Roxbury, Boston, Mass. 02119. and a citizen
   of the United States.

   The rest of the defendants are on the next pages.

Jurisdiction

5. This court has jurisdiction over this matter pursuant to
   28 U.S.C. §1332.



(Pg 2)

## DEFENDANT(S)

3.  The defendant, James D. Hill is a resident of Brockton,
    Mass. and a citizen of the United States.

4.  The defendant, Angela Hill Smith is a resident of Boston,
    Mass. and a citizen of the United States.

5.  The defendant, Linda Hill is a resident of Boston, Mass.
    and a citizen of the United States.

6.  The defendant, James E. Hill is a resident of Boston, Mass.
    and a citizen of the United States.

7.  The defendant, Jean D. Hill is a resident of Boston, Mass.
    and a citizen of the United States.

8.  The defendant, Valerie Hill is a resident of Boston, Mass.
    and a citizen of the United States.

9.  The defendant, Willie Hill is a resident of Boston, Mass.
    and a citizen of the United States.

10. The defendant, Bobby Hill is a resident of Bristol, PA.
    and a citizen of the United States.

11. The defendant, Herbert Hill is a resident of Trenton, NJ.
    and a citizen of the United States.

12. The defendant, James (Tex) Williams is a resident of 663
    North Mahogany St. Jesup, GA. 31546. and a citizen of the
    United States.

13. The defendant, Regina Fisher Williams is a resident of 663
    North Mahogany St. Jesup, GA. 31546. and a citizen of the
    United States.

14. The defendant, Kris Grotelueschen is a resident at 25
    Bodwell St. Boston, Mass. 02125. and a citizen of the
    United States.

15. The defendant, Aubrey O. Francois is a resident at 25
    Bodwell St. Boston, Mass. 02125. and a citizen of the
    United States.

16. The defendant, Oscar Brewington is a resident of Boston,
    Mass. and a citizen of the United States.

17. The defendant, Dwight Brewington is a resident of Boston,
    Mass. and a citizen of the United States.

18. The defendant, Thelma Bing also use Brewington is a
    resident of Savannah, GA. and a citizen of the United
    States.

19. The defendant, Catherine Brewington is a resident of
    Savannah, GA. and a citizen of the United States.

over

(Pg 3)

## DEFENDANTS

20. The defendant, Joshua Brewington the son of Catherine Brewington is a resident of Savannah, GA. and a citizen of the United States.

21. The defendant, Crystal Brewington is a resident of Savannah, GA. and a citizen of the United States.

22. The defendant, Lisa Brewington is a resident of Savannah, GA. and a citizen of the United States.

23. The defendant, Stacy Singleton also use Brewington is a resident of Taunton, Mass. and a citizen of the United States

24. The defendant, Barbara A. Jordan is a resident of Boston, MA. and a citizen of the United States.

25. The defendant, Lehmann L. Lovett is a resident of Boston, MA. and a citizen of the United States.

26. The defendant, Leenora Jordan is a resident of Boston, Mass. and a citizen of the United States.

27. The defendant, Bernice Link is a resident of Boston, Mass. and a citizen of the United States.

28. The defendant, Larry Mclean is a resident of Boston, Mass. and a citizen of the United States.

29. The defendant, Tessie Hill Reading is a resident of Yardley, PA. and a citizen of the United States.

30. The defendant, Al Reading is a resident of Yardley, PA. and a citizen of the United States.

31. The defendant, Ronald Reading is a resident of Yardley, PA. and a citizen of the United States.

32. The defendant, Gregory Reading is a resident of Yardley, PA. and a citizen of the United States.

33. The defendant, Maurice Reading is a resident of Yardley, PA. and a citizen of the United States.

34. The defendant, Christopher Reading is a resident of Yardley, PA. and a citizen of the United States.

35. The defendant, Lisa B. Medeiros is a attorney at law is a resident of Boston, Mass. and a citizen of the United States.

36. The defendant, Kirk P. Rothemich is a attorney at 98 North Washington St. Suite 104 Boston, Mass. 02114. and a citizen of the United States.



## DEFENDANT(S)

37.  The defendant, Priscilla Hoffnurs is a Roxbury Court
     Clinic at 85 Warren St. Roxbury, Mass. 02119. and a
     citizen of the United States.          .

38.  The defendant, Maureen B. Joyce is a Attorney at Law P.O.
     Box 728 Needham, Mass. 02492. and a citizen of the United
     States.

39.  The defendant, John H. Miller, JR. is a Attorney at Law at
     1874 Centre St. West Roxbury, Mass. 02132. and a citizen
     of the United States.

40.  The defendant, Lucille Andrew Marius, Esq. at 658
     Washington St. Dorchester, Mass. 02124. and a citizen of
     the United States.

41.  The defendant, Paul Martin is a Detective at 135 Dudley
     St. Roxbury, Mass. 02119. and a citizen of the United
     States.

42.  The defendant, Charles W. Mosel is a Detective at 135
     Dudley St. Roxbury, Mass. 02119. and a citizen of the
     United States.

43.  The defendant, Iris Perez is a worker at Chelsea Housing
     Authority. and a  citizen of the United States.

44.  The defendant, Wendolyne Rivera is a Boston Housing
     Authority Official: worker. and a citizen of the United
     States.

45.  The defendant, Perene Rice is a worker at Family Housing
     Office at 90 Washington St. Dorchester, Mass. 02121. and
     a citizen of the United States.

46.  The defendant, NRC Housing Limited is a fake at 392 A
     Warrent St. Roxbury, Mass. 02119. and a citizen of the
     United States.

47.  The defendant, WINN Mgmt is a fake at 33 Wyoming St. #-
     Dorchester, Mass. 02121. and a citizen of the United
     States.

48.  The defendant, Betty  Barrow is a Case Manager/Placement
     Specialist at Massachusetts Department of Transitional
     Assistance Boston Family Housing Office. 90 Washington St.
     Dorchester, Mass. 02121. and a citizen of the United
     States.

49.  The defendant, Arnold I. Abelow is a Attorney at Law at
     Sweeney  and Abelow at 459 Broadway, Everett, MA. 02149.
     and a citizen of the United States.

50.  The defendant, Brian Kean is the owner of Washington Park
     Apartments, Winn, Mgmt, NRC Housing Limited. and a citizen
     of the United States.

51.  The defendant, MARIUS & GRANDOIT,P.C. ATTORNEYS AT LAW at
     658 WASHINGTON STREET. DORCHESTER,MA 02124.

## DEFENDANT(S)

51. The defendant, Marius & Grandoit, P.C. Attorney at Law is Washington Park Apartment and Winn Management plus NRC Housing  Limited is all part of Brian Kean & Lucille Andrew  Marius, Esq. and a citizen of the United States.

52. The defendant, Robin I. Houston is a Private Counsel Attorney at 90 Warren St. Suite 100  Roxbury, MA. 02119. and a citizen of the United States.

53. The defendant, Thomas Bell is a DSS Petitioner. and a citizen of the United States.

54. The defendant, Judges, Detectives, and Lawyers as well as Policemans and DSS workers would not give me their names but I will try and get their names.

55. The defendant, Tom Hamm-DSS at 30 Dimock St. Roxbury, MA. 02119. and a citizen of the United States.

56. The defendant, BOARD OF BAR OVERSEERS AT 75 Federal Street Boston, Ma. 02110. and a citizen of the United States.

57. The defendant, OFFICE OF THE ATTORNEY GEN. at One Ashburtin Place, 20th Fl. Boston. and a citizen of the United States.

58. The defendant, EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE State House, Room 373, Boston 02133. and a citizen of the United States.

59. The defendant, BOARD OF BAR EXAMINERS, Rm.501,77 Franklin St. Boston, MA. No zip code but a phone# 617-482-4467. and a citizen of the United States.

60. The defendant, Jane Climenko Gottshalk is a Attorney at Law at 52 Western Avenue, Cambridge, MA. 02139. and a citizen of the United States.

61. The defendant, Mayor Hot line of Boston is the mayor. and a citizen of the United States.

62. The defendant,, Shelter Commission is the commission of Boston. and a citizen of the United States.

63. The defendant, Daine Wilkerson is a Senator of Boston. and a citizen of the United States.

64.. The defendant, Elizabeth Maliabu is a State Representative and a citizen of the United States.

65. The defendant, The Commonwealth of Massachusetts action of Care & Protection then and there to be heard and tried between Commonwealth of Massachusetts-Dept. of Social Services, Defendants, and Brewington Plaintiff, Docket #CP99B0189,, and you are required to bring with you. Inquiries to Atty Susan Walewicz @ 748-2144......

(Pg 6 )

## DEFENDANT(S)

66. The defendant, WALTER V. LEEFMAN, CSW is a COURT
INVESTIGATOR. and a citizen of the United States.

67. The defendant, JAMES V. SINAGRA is a INVESTIGATOR VICTIM
ADVOCATE at One Ashburton Place, Boston, MA. 02108. and
a citizen of the United States.

68. The defendant, JOSEPH LEPORE is a HOUSING SPECIALIST. and
a citizen of the United States.

69. The defendant, RANDY M. HAYNES is ROXBURY DIVISION OF THE
DISTRICT COURT DEPARTMENT at 85 WARREN St. Roxbury, MA.
02119. and a citizen of the United States.

70. The defendant, SARAH B. SINGER is a judge at Dorchester,
Court House. and a citizen of the United States.

71. The defendant, E. GEORGE DAHER is a judge at HOUSING COURT
DEPARTMENT CITY OF BOSTON DIVISION. and a citizen of the
United States.

72. The defendant, ROBERT L. LEWIS is a CLERK MAGISTRATE at
HOUSING COURT DEPARTMENT CITY OF BOSTON DIVISION. and a
citizen of the United States.

73. The defendant, JOSEPH F. BARDOUILLE is a Attorney at Law
at 22 Broad St. Lynn, MA. 01902. and a citizen of the
United States.

74. The defendant, J. REDD is a judge at ROXBURY DIVISION
OF THE DISTRICT COURT DEPARTMENT at 85 Warren St. Roxbury
MA. 02119. and a citizen of the United States.

75. The defendant, STEVEN D. PIERCE is a judge at HOUSING
COURT DEPARTMENT CITY OF BOSTON DIVISION, and ROBERT L.
LEWIS is a CLERK MAGISTRATE on this too. and a citizen
of the United States.

76. The defendant, PORADA, J. is a judge at COMMONWEALTH OF
MASSACHUSETTS at APPEALS COURT CLERK'S OFFICE at 1500
New Court House, Boston, MA. 02108. and a citizen of the
United States.

77. The defendant, KANTROWITZ @ is a judge that the defendant
MAUREEN B. JOYCE was working with over the years to help
take my children away from me. The defendant, Maureen B.
Joyce was working with a lot of judges every since the
courts came into me and my kids life. The defendants, all
was in on trying to get me to leave the city , because
the defendants, did not want anyone to know they were all
caught stealing from me. The defendants, took my kids life
away from them and their education from them as well as
made their life pure living hell. The defendants, was also
putting my children in and out of DSS care and was not
even taking care of them. The defendants, together have
kept my sons lock up for me to keep quiet and they were
threatening me that they were going to take my kids away
from me if I did not shut-up and this is why both of my

## DEFENDANT(S)

77. (continue) sons have been lock-up plus the defendants, all
was using the legal system to lock-up my sons and sneaks
the defendants, Donald E. Green and Annette Hill Green,
brother James E. Hill out of jail for murder and now my
sons are lock-up by the law and the defendant, James E.
Hill is out of jail and he did not serve his full time
in jail for murder. If you look at the time I was fighting
the defendants, you will see how all the defendants came
at me all together.

78. The defendant, TIMOTHY WALSH is a Assistant Clerk at the
Commonwealth of Massachusetts, County of Suffolk The
Superior Court. and a citizen of the United States.

79. The defendant, JAMES P. KELLY is a Assistant Clerk at the
Commonwealth of Massachusetts, County of Suffolk, The
Superior Court. and a citizen of the United States.

80. The defendant, DAWN M. KENNEY is a Probation Officer at
Trial Court of Massachusetts, Juvenile Court Department
of the Trial Court, Essex County Division at 139 Central
Avenue, Lynn, MA. 01901. and a citizen of the United
States.

81. The defendant, SALLY F. PADDEN is a First Justice at the
Trail Court of Massachusetts, Juvenile Court Department
of the Trial Court, Essex County Division. and a citizen
of the United States.

82. The defendant, MICHAEL F. EDGERTON is a Associate Justices
at The Trial Court of Massachusetts, Juvenile Court
Department of the Trial Court, Essex County Division. and
a citizen of the United States.

83. The defendant, JOSE SANCHEZ is a Associate Justices at
The Trial Court of Massachusetts, Juvenile Court Depart-
ment of the Trial Court , Essex County Division. and a
citizen of the United States.

84. The defendant, Eileen Streeter is a Department of Social
Sevices worker at 30 Dimock St. Roxbury, MA. 02119. and
a citizen of the United States.

85. The defendant, The Department of Social Sevices all the
worker at 30 Dimock St. Roxbury, MA. 02119. was in on
taking my kids from day one. and a citizen of the United
States.

86. The defendants, COMMONWEALTH OF MASSACHUSETTS TRIAL COURT
OF MASSACHUSETTS HOUSING COURT DEPARTMENT CITY OF BOSTON
DIVISION DOCKET NO. 99-CV_00980. URBAN EDGE PROPERTY
MANAGEMENT, managing agents for CLEAVES COURT APARTMENTS.
and a citizen of the United States.

87. The defendant, ROBERT HERMAN is a Probation Officer at the
Trial Court of Massachusetts, Juvenile Court Department.
Essex County Division. and a citizen of the United States.

(Pg 8)

## DEFENDANT(S)

88. The defendant, BEVERLY BAGGON is a (A.C.P.O.) at the Trial Court Of Massachusetts, Juvenile Court Department, Essex County Division. and a citizen of the United States.

89. The defendant, MARIBEL ORTIZ is a probation officer at the Trial Court Of Massachusetts, Juvenile Court Department at West Roxbury Division. and a citizen of the United States.

90. The defendant, Officer LETT is a policeman at the area E-13 police department on Washington St. Roxbury, MA. 02119. and a citizen of the United States.

91. The defendants, Boston Housing Authority at 52 Chauncy St. Boston, MA. 02111. and a agency of the United States.

92. The defendants, Travelers Aid Family Emergency Shelter. and a  agency of the United States.

93. The defendants, Massachusetts Department of Transitional Assistance, Boston Family Housing Office at 90 Washington St. Dorchester, MA. 02121. and a agency of the United States.

94. The defendant, ANITA HILL is ANNETTE HILL GREEN cousin on Annette Hill Green father side of the family. and a citizen of the United States.

95. The defendant, PAUL D. LEWIS is a First Justice at the Commonwealth Of Massachusetts, Juvenile Court Department Boston Division 24 New Chardon St. Boston, MA. 02114. and a citizen of the United States.

96. The defendantJOHN P. BULGER is a Clerk Magistrate at the Commonwealth Of Massachusetts Juvenile Court Department Boston Division 24 New Chardon St. Boston, MA. 02114. and a citizen of the United States.

97. The defendant, MARIA L. BONANO is a Social worker at 30 Dimock St. Area Office, Roxbury, MA. 02119. and a citizen of the United States.

98. The defendant, CHRISTINE L. PERKINS is a Attorney At Law at the Trial Court of Massachusetts, Juvenile Court Department, West Roxbury Division. and a citizen of the United States.

99. The defendant, ANTHONY POWELL is a probation officer at Boston Juvenile Court, Trial Court at 705 Court House Boston, MA. 02108. and a citizen of the United States.

100. The defendant, NORMAN S. LOOKNER is a Attorney At Law at the Commonwealth Of Massachusetts Juvenile Court Department Boston Division 24 New Chardon St. Boston, MA. 02114. and a citizen of the United States.

(Pg 9)

## DEFENDANT(S)

101. The defendant, Robert Cornetta is a judge at Roxbury
     Division of the District Court Department at 85 Warrent
     St. Roxbury, MA. 02119. and a citizen of the United States.

102. The defendant, Maureen E. Kelly is a Social worker at 30
     Dimock St. Roxbury, MA. 02119. and a citizen of the United
     States.

103. The defendant, Carole Shatton is a Social worker at 30
     Dimock St. Roxbury, MA. 02119. and a citizen of the United
     States.

104. The defendant, Lisa Nahadedian is a Social worker at 30
     Dimock St. Roxbury, MA. 02119. and a citizen of the United
     States.

105. The defendant, Adreian Anderson is a director at 90 Wash-
     ington St. Dorchester, MA. 02121. and a citizen of the
     United States.

106. The defendant, Officer Wilkins is a policeman at E-13
     Police Department in Roxbury, MA. 02119. and a citizen
     of the United States.

107. The defendant, Lillian Cane is a attorney at the Trial
     Court of Massachusetts, Juvenile Court Department, Essex
     County Division. and a citizen of the United States.

108. Defendants, from all of the Agency was running in and out
     my, Jacqueline M. Brewington life as well as all my kids
     life and this is a fact.

     The plaintiff, Jacqueline M. Brewington will write down
     some of the defendants charges on the next page.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON
  PLAINTIFF

ATTACHMENT 2

V

CIVIL ACTION NO.03-00914-E

DONALD E. GREEN and
ANNETTE HILL GREEN, ET AL.
  DEFENDANTS

### JURISDICTION

109. This court has jurisdiction over this matter pursuant to
     28 U.S.C. §1332.

110. I, Jacqueline M. Brewington really don't recall when the
     defendants broke into my home because the defendant
     Annette Hill Green, Et AL. is my first cousin on my mother
     and father side of my family. The defendants James D. Hill
     is my mother so call good for nothing brother as well as
     my fake-ass uncle. The defendants Donald E. Green married
     Annette Hill Green, ET AL. Once I put my mother Lessie C.
     Hill, Brewington -WILL- in Annette hand in my home at 25
     Bodwell St. Dorchester, Mass. 02125.

111. Once I, Jacqueline Brewington gave the defendants Annette
     Hill Green the WILL, the defendants ran off and married
     defendants Donald E. Green so that they all can go into
     Conspiracy against me. The defendants Donald E. Green and
     Annette Hill Green, ET AL with the rest of the family went
     into the WILL, and all the family was running in and out of
     Massachusetts from Sept-15-1996. The defendant Annette Hill
     Green ask me do I have nightmares when I come to my home.
     I told the defendants Annette Hill Green is the only times
     I have nightmares is when I see her and her sorry-ass father
     James D. Hill in my home because the defendants was breaking
     into my home for a long time.

112. The defendants Donald E. Green, and Annette Hill Green, ET
     AL. stole my estate, car and my home they the defendants
     made bad deeds and titles to my home and the defendants was
     preying on my head injury thinking that they were going to
     pull stealing everything from me. The defendants use all
     kind of capital crime against me. The defendants Annette
     Hill Green and Donald E. Green, Et AL was trying to hide
     behind the defendant James D. Hill which happen to be the
     defendants Donald E. Green father-in-law and Annette Hill
     Green, ET AL father.

113. The defendants was using the policemens to obstructing of
     justice against me. The defendants was destroying my home
     and property as well as running fraud. The police was all
     brutallity attacking me so I would not tell anyone that they
     broke in my and with judges and other duty peoples that had
     nothing to do with them. The policeman was hanging around
     my apaprtment in Roxbury all the time once I started to
     fight the defendants for breaking into my home. detectives
     Paul Martin was in the case every since my head injury and
     he was always putting false charges on me trying to cover-up
     the fact that they knew of me but don't want anyone to know
     that they all robb me for everything. Detective Paul Martin
     and detective Chales W. Mosel with other detective was all
     sneaking over to my apartment telling me I better not say
     anything to anyone about my home that Donald E. Green and
     Annette Hill Green, ET AL, have stolen from me.

114. The judges was all involved in stealing all my belongings
     and the judges was threatening me and jailing me for no
     reason other then my home and belongings. The policemans
     was kidnapping my kids trying to keep me quiet about my
     property and home. I was falsely arrested by the policemans.

115. The reason why I, Jacqueline M. Brewington took so long to
     put this case together is because the defendants are all
     very powerfull and I was fighting all of these peoples all
     by myself. The landlords was stealing my apartment from
     under me like the defendants was stealing my home and all
     of my belongings from under me.

116. Whether such person or the opposing party, or either party's
     representative, made motions or asserted claims or defenses
     so lacking in merit as to show that such party or represent-
     ative acted intentionally for delay, or otherwise acted in
     bad faith;

117. Whether, in the course of the action involved, such person
     or the opposing party's representative, violated any
     applicable rule, statue or court order providing for
     sanctions for dilatory behavior or otherwise providing for
     expeditious proceeding; and

118. Whether such person or the opposing party, or either party's
     representative, engaged in conduct primarily for the purpose
     of delaying the litigation or increasing the cost therof.


119. WHEREFORE, I, Jacqueline M. Brewington demands judgment
     against the defendants for damages and such other relief as
     this Court deems just.

120. I, Jacqueline M. Brewington demands that the defendants
     Donald E. Green and Annette Hill Green, ET AL, be put out
     of business for good and I would like for all of the
     defendants to do state and federal time for everything that
     the defendants did to me.

121. I, Jacqueline M. Brewington demands that the Court step in
     and help me out in this matter.

122. I, Jacqueline M. Brewington demands that the Court serves all of the defendants because the defendants think this is a game with me because all of the defendants know that I have been hit in my head so they take everything as a joke.

123. I, Jacqueline M. Brewington demands a trial by jury.

124. I, Jacqueline M. Brewington demands that the defendants Donald E. Green and Annette Hill Green, ET AL pays me Jacqueline M. Brewington in the sum of $999.999.999 dollars twice on the behalf of my mother and my father.

DATE April 29-2005

Signature *Jacqueline M. Brewington*

Name   Jacqueline M. Brewington

Address   P.O. BOX 2932

LYNN, MASS. 01903

Telephone   1-781-596-3871

Respectfully, Submitted

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON
    PLAINTIFF

V                                          CIVIL ACTION NO.
                                           SUCV2003 - 0914-E

DONALD E. GREEN and ANNETTE HILL GREEN, ET AL
    DEFENDANTS

        THE REASON WHY MY CASES IS BEING FILED
        IN THIS FEDERAL COURT IS BECAUSE OF THE
        DEFENDANTS ALL ROBB ME IN MY JURISDICTION.

1. I, Jacqueline M. Brewington know for a fact that the defendant
   Donald E. Green and Annette Hill Green, ET AL have broke in my
   home with judges and lawyers as well detectives and the Boston
   polices it was like the defendants was trying to kill me for
   all of my belongings and the defendants have been fighting me
   since the death of my mother which my mother passed away in
   April-25-1998.

                    Respectfully, Submitted