UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| JACQUELINE M. BREWINGTON, | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-10935-REK |
| v. | ) | |
| | ) | |
| DONALD E. GREEN, ET AL., | ) | |
| Defendants. | ) | |
| | ) | |

MEMORANDUM AND ORDER

KEETON, S.J.

For the reasons stated below, Plaintiff's complaint is dismissed without prejudice, and the

confidential information attached as an exhibit to Plaintiff's Complaint shall be redacted.

FACTS

On April 29, 2005, Plaintiff Jacqueline M. Brewington, a resident of Chelsea,

Massachusetts, filed a self-prepared Complaint and an application to proceed without

prepayment of fees, along with three other civil actions.[1]   The Complaint is not entirely

coherent, but appears to assert allegations that her property, both real and personal, was stolen

from her, (presumably as the result of improper probating of her mother's Will).  The Complaint

also contains non-specific allegations of police brutality, as well as claims that her children were

taken from her.  Plaintiff names over one hundred Defendants, including Attorneys Donald

Green ("Green") and Annette (Hill) Green ("Hill Green"), and various member of the Hill,

Brewington, Reading, and other families.  She also includes other lawyers, various judges and

---

[1]See Brewington v. Dane Shulman, et al., C.A. 05-10934-WGY; Brewington v. Kris
Francois, et al., C.A. 05-10920-MEL; Brewington v. Nancy Coleman  C.A. 05-10919-MEL.