UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JACQUELINE M. BREWINGTON,<br>　　　　Plaintiff,<br><br>v.<br><br>DONALD E. GREEN, ET AL.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-10935-REK |

ORDER FOR DISMISSAL

KEETON, S.J.

In accordance with the Memorandum and Order entered this date (#4) directing dismissal of the above captioned matter, it is hereby Ordered that Civil Action 05-10935-REK is dismissed without prejudice.

The case shall be administratively closed on the docket of this Court.

　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　/s/ Karen Folan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated: June 24, 2005