# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number: 05-cv-10935

Jacqueline M. Brewington

v.

Donald E. Green, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the copies of the original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/6/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10935-REK

Brewington v. Green et al
Assigned to: Judge Robert E. Keeton
Cause: 42:1983 Civil Rights Act

Date Filed: 04/29/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jacqueline Brewington**  represented by **Jacqueline Brewington**
P.O. Box 2932
Lynn, MA 0215001903
617-884-4334
PRO SE

V.

**Defendant**

**Annette Hill Green**

**Defendant**

**Donald E. Green**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Jacqueline Brewington.(Jenness, Susan) (Entered: 05/06/2005) |
| 04/29/2005 | 2 | COMPLAINT against Annette Hill Green, Donald E. Green Filing fee: $ 0.00, receipt number 0.00, filed by Jacqueline Brewington. (Attachments: # 1 Civil Cover |

| | | |
|---|---|---|
| | | Sheet)(Jenness, Susan) Additional attachment(s) added on 6/28/2005 (Jenness, Susan). (Entered: 05/06/2005) |
| 04/29/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Jenness, Susan) (Entered: 05/06/2005) |
| 05/10/2005 | 3 | Judge Robert E. Keeton : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis: The Clerk shall not issue summonses at this time pending further review of this case pursuant to 28 U.S.C. sec. 1915. (Greenberg, Rebecca) (Entered: 05/11/2005) |
| 06/17/2005 | 6 | NOTICE OF APPEAL as to 5 Order Dismissing Case by Jacqueline Brewington. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/7/2005. (Folan, Karen) (Entered: 07/01/2005) |
| 06/24/2005 | 4 | Judge Robert E. Keeton : MEMORANDUM AND ORDER entered: For the reasons stated in the Memorandum and Order, Plaintiff's complaint is dismissed without prejudice, and the confidential information attached as an exhibit to Plaintiff's Complaint shall be redacted.(Greenberg, Rebecca) (Entered: 06/24/2005) |
| 06/24/2005 | 5 | Judge Robert E. Keeton : ORDER entered: ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 06/24/2005) |