# United States Court of Appeals
## For the First Circuit

No. 05-2008

## MANDATE

JACQUELINE BREWINGTON,
Plaintiff, Appellant,

v.

ANNETTE HILL GREEN; DONALD E. GREEN; JAMES D. HILL; ANGELA HILL SMITH; LINDA HILL; JAMES E. HILL; JEAN D. HILL; VALERIE HILL; WILLIE HILL; BOBBY HILL; HERBERT HILL; JAMES WILLIAMS; REGINA FISHER WILLIAMS; KRIS GROTELUESCHEN; AUBREY O. FRANCOIS; OSCAR BREWINGTON; DWIGHT BREWINGTON; THELMA BING; CATHERINE BREWINGTON; JOSHUA BREWINGTON; CRYSTAL BREWINGTON; LISA BREWINGTON; STACY SINGLETON; BARBARA A. JORDAN; LEHMANN L. LOVETT; LEENORA JORDAN; BERNICE LINK; LARRY MCLEAN; TESSIE HILL; AL READING; RONALD READING; GREGORY READING; MAURICE READING; CHRISTOPHER READING; LISA B. MEDEIROS; KIRK P. ROTHEMICH; PRISCILLA HOFFNURS; MAUREEN B. JOYCE; JOHN H. MILLER, JR.; LUCILLE ANDREW MARIUS; PAUL MARTIN; CHARLES W. MOSEL; IRIS PEREZ; WENDOLYNE RIVERA; PERENE RICE; NRC HOUSING LIMITED; WINN MANAGEMENT; BETTY BARROW; ARNOLD I. ABELOW; BRIAN KEAN; MARIUS & GRANDOIT, P.C.; ROBIN I. HOUSTON; THOMAS BELL; TOM HSMM-DSS; BOARD OF BAR OVERSEERS; OFFICE OF THE ATTORNEY GENERAL; EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE; BOARD OF BAR EXAMINERS; JANE CLIMENKO GOTTSHALK; MAYOR HOT; SHELTER COMMISSION; DIANE WILKERSON; ELIZABETH MALIABU; WALTER V. LEEFMAN; JAMES V. SINAGRA; JOSEPH LEPORE; RANDY M. HAYNES; SARAH B. SINGER; GEORGE DAHER; ROBERT L. LEWIS; JOSEPH F. BARDOUILLE; J. RESS, Judge; STEVEN PIERCE, Judge; J. PORADA, Judge; JUDGE KANTROWITZ; TIMOTHY WALSH; JAMES P. KELLY; DAWN M. KENNEY; SALLY F. PADDEN; MICHAEL F. EDGERTON; JOSE SANCHEZ; EILEEN STREETER; DEPARTMENT OF SOCIAL SERVICES; COMMONWEALTH OF MASSACHUSETTS TRIAL COURT; ROBERT HERMAN; BEVERLY BAGGON; MARIBEL ORTIZ; OFFICER LETT; BOSTON HOUSING AUTHORITY; TRAVELERS AID FAMILY EMERGENCY SHELTER; MASSACHUSETTS DEPARTMENT OF TRANSITIONAL ASSISTANCE; ANITA HILL; PAUL D. LEWIS; JOHN P. BULGER; MARIA L. BONANO; CHRISTINE L. PERKINS; ANTHONY POWELL; NORMAN S. LOOKNER; ROBERT CORNETTA; MAUREEN E. KELLY; CAROLE SHATTON; LISA NAHADEDIAN; ADREIAN ANDERSON; OFFICER WILKINS; LILLIAN CANE,
Defendants, Appellees.

## JUDGMENT

**Entered: August 4, 2005**

By order entered July 14, 2005, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by July 28, 2005 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_Linda Bailey_
Deputy Clerk

Date: AUG 25 2005

By the Court:

Richard Cushing Donovan, Clerk

By: _JULIE G_____
     Operations Manager.

[cc: Ms. Brewington, Ms. Green and Mr. Green]